| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Rosemary Gardey | Telephone: (313) 226-0245 | |
| | Special Agent: Steven Allick, A.T.F. | Telephone: (313) 234-3450 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Norlan Lynn CALHOUN

Case No. 2:21-mj-30136
Judge: Unassigned,
Filed: 03-17-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 28, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Steven Allick, A.T.F.
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 17, 2021

_Judge's signature_

City and state: Detroit, Michigan

Hon. Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

## I.   INTRODUCTION AND AGENT BACKGROUND

I, Steven Allick, being first duly sworn, hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May of 2014. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

3. During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic

surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

4. The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports and information from others who have personal knowledge of the events and circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Norlan Lynn CALHOUN (DOB: XX/XX/1969), a convicted felon, has possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

## II.   PROBABLE CAUSE

6. CALHOUN came to ATF's attention in March 2021 in connection with a shooting incident that occurred on February 28, 2021.

7. I reviewed Detroit Police Department report number 210228-0026, documenting the February 28, 2021 shooting incident. Detroit Police Officers responded to a residence on Van Dyke Street in Detroit, MI for a shots fired into a vehicle police run. When officers arrived on scene, they spoke with the caller, V-1. V-1 relayed to officers that V-1 was inside the residence drinking when CALHOUN came to the residence with a female. V-1 reported stating "it's on" before

2

CALHOUN told V-1 "I'm going to shoot your shit up." V-1 then began to record with V-1's cell phone and was able to capture CALHOUN shooting at V-1's vehicle. Officers recovered two (2) 9mm shell casings from the scene.

8. The Detroit Police Department entered a representative image of the shell casings recovered from the February 28, 2021 shooting scene into the Integrated Ballistic Identification System (IBIS). IBIS is the platform connecting the National Integrated Ballistic Information Network (NIBIN), the ATF administered automated ballistic imaging technology used to acquire digital images of markings made by a firearm on fired cartridge cases. The NIBIN National Correlation and Training Center (NNCTC) reviewed the images and issued a significant lead indicating the 9mm shell casings recovered from the February 28, 2021 shooting scene was likely fired from the same firearm as shell casings recovered from the scene of a different shooting incident that occurred on January 19, 2021 in Detroit, MI.

9. I reviewed Detroit Police Department report number 210119-0041, documenting the January 19, 2021 shooting incident. Detroit Police Officers arrived to a residence on Springfield Street in Detroit, MI for a shots in progress police run. A victim had been shot with the victim's own gun (Glock 23, which is a .40 caliber firearm) during an altercation with two other individuals. Officers recovered one (1) live .40 caliber round near the original residence they responded to; they also recovered seven (7) 9mm shell casings in front of a different residence in the area.

At this time, it is unknown if the 9mm shell casings were connected to the January 19, 2021 shooting incident, or if CALHOUN has any connection to that incident or the 9mm shell casings found at the scene. In my training and experience, however, when shell casings are found in the same city weeks apart and appear to have been fired by the same firearm, the same person(s) may be responsible.

10. ATF Interstate Nexus Expert, Special Agent Jimmie Pharr was provided a verbal and visual description of the head stamp of a shell casing that was recovered from the February 28, 2021 shooting scene. The head stamp on the recovered casing reads "F C 9MM Luger." SA Pharr advised the ammunition was manufactured outside of the state of Michigan, and thus had traveled in and affected interstate or foreign commerce.

11. I reviewed Michigan Law Enforcement Information Network (LEIN) records relating to CALHOUN and they reveal the following felony convictions:

    1991: Breaking and Entering-Occupied Dwelling, Detroit Recorders Court
    1991: Felony Firearms, Detroit Recorders Court
    1991: Assault With Intent to Rob While Armed, 16th Circuit Court
    1991: Malicious Destruction Personal Property, 16th Circuit Court
    1991: Police Officer-Fleeing, 16th Circuit Court

12. On March 5, 2021, I reviewed Michigan Department of Corrections reports related to CALHOUN. CALHOUN was sentenced to prison in 1991 and was released from prison in 2010 on parole. CALHOUN was discharged from

4

parole in 2012. I also reviewed Michigan Department of Corrections form CSJ-290, which was signed and dated by CALHOUN on February 24, 2010. MDOC form CSJ-290 informs individuals being released from prison they are convicted felons, and are in violation of federal law if they are using, carrying or possessing a firearm or ammunition.

### III.   CONCLUSION

13.   Based on this information and CALHOUN's reported possession of a firearm and ammunition on February 28, 2021, including the report that CALHOUN was firing shots into a vehicle, there is probable cause to believe that CALHOUN violated 18 U.S.C. § 922(g)(1) by being a convicted felon in possession of ammunition. This violation occurred in the Eastern District of Michigan.

Respectfully submitted,

_____
Steven Allick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

Dated: March 17, 2021

5